DENNIS E. FINN, an Infant, by VERONICA FINN, His Guardian ad Litem, et al., Appellants, v. NATHAN SACHS, Respondent. [Consolidated Actions.] —

Present —
Close, P. J., Hagarty, Johnston, Adel and Taylor, JJ.